UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS DALLAS, | No. EDCV 09-405-ODW (AGR) |
| Petitioner, | |
| v. | **ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL** |
| M. MARTELL, Warden, | |
| Respondent. | |

On February 26, 2009, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254.

On March 16, 2009, this Court issued an order denying Petitioner's request for stay and abeyance of the Petition pending exhaustion of state remedies for failure to show good cause. (Dkt. No. 4.) The order set forth Petitioner's options at this stage of the proceedings.

On April 16, 2009, Petitioner filed a Request for Voluntary Dismissal of Entire Petition Without Prejudice pursuant to Option One and Fed. R. Civ. P. 41(a)(1). (Dkt. No. 5.) As stated in the order dated March 16, 2009, any new federal habeas petition will be subject to the one-year statute of limitations set forth in 28 U.S.C. § 2244(d)(1). The one-year

1  period starts running on the latest of either the date when a conviction becomes final under
2  28 U.S.C. § 2244(d)(1)(A) or a date set in § 2244(d)(1)(B)-(D).
3      IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant
4  to Fed. R. Civ. P. 41(a)(1).

DATED: April 27, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE